**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nadine Spengler

Plaintiff,

v.

Case No.: 1:26−cv−12038
Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 2, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for leave to file under seal [12], motion for leave to file excess pages [13] is granted, and motion for Temporary Restraining Order [14] are granted. Presentment hearing noticed for 10/6/2026 is stricken with no appearance necessary. Enter Temporary Restraining Order. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.