**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nadine Spengler

Plaintiff,

v.

Case No.: 1:26−cv−12038
Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion to Extend the Temporary Restraining Order [25] is granted for the reasons set forth therein. The Temporary Restraining Order [20] is extended to 10/30/2026. Plaintiff#039;s Motion for Preliminary Injunction [27] is taken under advisement. Any opposition to Plaintiff's Motion for Preliminary Injunction must be submitted by 10/19/2026. Presentment hearings noticed for 10/20/2026 are stricken with no appearance necessary. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.