**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NADINE SPENGLER,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-12038<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeannice W. Appenteng |

**STATUS REPORT**

Pursuant to Minute Entry Order [31], Plaintiff, NADINE SPENGLER ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On October 20, 2026, the Court entered a Preliminary Injunction Order. [32]. All five Defendants listed in Schedule A have been added to the docket. No Defendant has appeared or otherwise responded to Plaintiff's Complaint. Plaintiff is attempting to serve the Defendants pursuant to the Hague Service Convention and respectfully requests sixty (60) days to file an updated status report.

DATED: November 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 20, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt